| | | | | |
|---|---|---|---|---|
| Thomas v. State | 49A05–1606–CR–1473 | 02/27/2017 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Smith v. State | 79A02–1609–CR–2149 | 02/27/2017 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Schuler v. State | 15A01–1606–CR–1418 | 02/27/2017 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Rajamony v. State | 49A02–1606–CR–1301 | 02/27/2017 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Wright v. State | 79A02–1607–CR–1634 | 02/27/2017 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Ware v. State | 20A03–1607–CR–1686 | 02/27/2017 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Ball v. State | 02A03–1609–CR–2117 | 02/27/2017 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |